UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| AUDRA TAYLOR, | ) | 3:10-CV-0003-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | April 15, 2011 |
| | ) | |
| COLLECTION SERVICE OF NEVADA, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    On March 1, 2001, the court deferred consideration of the parties' second request to extend discovery (#34).  The court afforded plaintiff an opportunity to move to compel AT&T to respond to plaintiff's subpoena.  *Id.*

    Plaintiff filed a motion for order to show cause why AT&T failed to respond to plaintiff's subpoena (#36), and the court issued an order to show cause (#37).  An order to show cause hearing was set for April 18, 2011 at 9:30 a.m.  *Id.*  The order states, in part:

> IT IS FURTHER ORDERED that a copy of this order, together with the motion for order to show cause (#36), shall be personally served on AT&T by the plaintiff within ten (10) days of the date of this order.  Plaintiff shall file proof of such service with the court prior to the hearing date.

#37, page 1, lines 20-23.

Plaintiff failed to comply with the court's order as follows:

1. Plaintiff failed to personally serve the order on AT&T. Instead plaintiff mailed the order via U.S. Mail (#39).

2. Plaintiff failed to personally serve the order on AT&T within ten (10) days of the date of the order. Instead plaintiff mailed the order on or about April 1, 2011, a full seventeen days beyond the date ordered by the court (#39).

3. Additionally, plaintiff served a copy of the order upon a defense counsel who withdrew from the case on January 28, 2011 (#39).

THEREFORE, IT IS ORDERED that the order to show cause hearing set for Monday, April 18, 2011 at 9:30 a.m. is **VACATED**.

The stipulation to modify scheduling order and extend discovery (#34) is **GRANTED in part** as follows:

Discovery shall be completed no later than **Wednesday, May 18, 2011**;
Dispositive motions shall be filed no later than **Friday, June 17, 2011**;
The joint pretrial order shall be filed no later than **Monday, July 18, 2011**, or 30 days after the decision of any pending dispositive motions.

**There shall be no further extensions of discovery for any reason.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: /s/
Deputy Clerk